UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

ROBERT P. SCHWOERER and AGNES SCHWOERER,

Plaintiffs, Case No.: ______________

v.

UNITEDHEALTHCARE INSURANCE COMPANY,

Involuntary Plaintiff,

v.

COSTCO WHOLESALE CORPORATION, and
ABC INSURANCE COMPANY,

Defendants.

---

**NOTICE OF REMOVAL**

---

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

The Notice of Removal of the defendant, Costco Wholesale Corporation, respectfully shows as follows:

1. On or about September 21, 2026, an action was commenced against the above-named defendant in the Circuit Court for the State of Wisconsin, in and for the County of Brown, entitled ***Robert Schwoerer, et al. vs. Costco Wholesale Corporation, et al.***, Case No. 26-CV-1366, by filing of a Summons and Complaint with the Clerk of Courts for Brown County, ***Exhibit A***.

2. Upon information and belief, the aforesaid Summons and Complaint was served upon the defendant, Costco Wholesale Corporation ("Costco"), on or about September 22, 2026, ***Exhibit B***. Costco filed its Answer on September 23, 2026, ***Exhibit C.***

3. The Involuntary Plaintiff, Unitedhealthcare Insurance Company, is alleged to have its principal office in Hartford, Connecticut, and is alleged to have paid healthcare expenses to the plaintiff. As such, its nominal interest must be disregarded for purposes of determining diversity. (Plaintiff's Complaint, ¶5).

4. The above-described action is a civil action of which this Court has original jurisdiction under the provision of Title 28, U.S. Code Secs. 1332 and 1441, in that it is a civil action wherein the matter is controversy allegedly exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, as more fully appears from plaintiff's Complaint, and is between citizens of different states.

5. The plaintiff, Robert Schwoerer, is, at the time this action was commenced, an adult resident of the State of Wisconsin with a domicile of 7522 Dutch Road, Manitowoc, WI 54220. (Plaintiffs' Complaint, ¶1). The Plaintiff, Agnes Schwoerer, is named because of her potential rights as Robert's spouse. (Plaintiffs' Complaint, ¶2).

6. The defendant, Costco Wholesale Corporation, at the time this action was commenced, was and still is incorporated under the laws of the State of Washington. The principal place of business of Costco is Issaquah, WA. (Plaintiffs' Complaint ¶3).

7. Thirty (30) days have not elapsed since defendant was served with the Complaint.

8. Plaintiffs' Complaint alleges that Robert Schwoerer suffered compensatory damages as a result of a fall in Costco's parking lot, located at 2355 Costco Way in Green Bay, Wisconsin.

9. Although plaintiff's Complaint does not state a specific damage amount, the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00),

exclusive of interest and costs. Upon information and belief, the claimed past medical bills alone total $319,180.09, including for a surgery to his neck (a C3-7 posterior cervical laminectomy). While defendant does not agree that they are liable to plaintiff for any of the alleged damages, plaintiff is seeking damages in excess of the jurisdictional limit of $75,000.00.

10. In accordance with 28 U.S.C. §1446(d), written notice of the filing of this removal notice will be given to the plaintiff and will be filed with the Clerk of Circuit Court for Brown County, Wisconsin, following the filing of this notice.

**WHEREFORE**, defendant, Costco, requests that the above action now pending against them in the Circuit Court for the State of Wisconsin, in and for Brown County, be removed to the United States District Court for the Eastern District of Wisconsin.

Dated this 7th day of October, 2026.

*/s/* James M. Fredericks
James M. Fredericks
State Bar No. 1014015
Attorneys for Defendant, Costco Wholesale Corporation

**BORGELT, POWELL, PETERSON & FRAUEN, S.C.**
1243 North 10th Street, Suite 300
Milwaukee, WI 53205
Telephone: 414-287-9126
E-mail: jfredericks@borgelt.com